IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

N5ZX AVIATION, INC.           )
                              )   No. 3-11-0674
v.                            )
                              )
OWEN C. BELL; and CHRIS BELL  )

O R D E R

By order entered August 3, 2012 (Docket Entry No. 52), a settlement conference was scheduled before Magistrate Judge Brown on September 13, 2012. Judge Brown has advised that the parties were not able to reach a resolution at that time.

Counsel for the parties shall convene a telephone conference call with the undersigned Magistrate Judge on **Monday, October 8, 2012, at 1:00 p.m., central time,** to be initiated by plaintiff's counsel,[1] to address whether any potential for settlement remains, and whether there are any matters to be addressed by the Magistrate Judge prior to the February 19, 2013, trial inasmuch as all scheduling deadlines provided in the orders entered August 30, 2011 (Docket Entry Nos. 33-34), have passed, except for the pretrial deadlines provided in the order entered August 30, 2012 (Docket Entry No. 35).

If the conference call is scheduled on a date or time that presents scheduling difficulties for counsel, they shall confer with each other and call Ms. Jeanne Cox, Courtroom Deputy, at 615-736-5164, to reschedule.

It is os ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] In other words, plaintiff's counsel shall call defendant's counsel and, when all attorneys are on the phone, call the Court at 615-736-5164.