```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

N5ZX AVIATION, INC.,            )
                                )
    Plaintiff            )
                                )   Case No. 3:11-0674
v.                              )   Judge Campbell/Griffin/Brown
                                )   **Jury Demand**
OWEN C. BELL and CHRIS BELL,    )
                                )
    Defendants           )

## O R D E R

A settlement conference was held in this matter on September 13, 2012. Although the parties bargained in good faith a settlement satisfactory to both sides could not be reached. Accordingly, the **Clerk** is directed to return the file to Magistrate Judge Griffin for such further proceedings as are necessary before her.

It is so **ORDERED**.

                                    /s/ Joe B. Brown
                                    JOE B. BROWN
                                    United States Magistrate Judge