IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

N5ZX AVIATION, INC.           )
                              )
v.                            ) NO. 3-11-0674
                              ) JUDGE CAMPBELL
OWEN C. BELL and CHRIS BELL   )

ORDER

This matter is set for a jury trial on February 19, 2013. The Court held a pretrial conference on February 11, 2013, at which the following rulings were made.

Defendants' Motion in Limine No. 1 (Docket No. 61) to exclude any evidence of a fatal airplane crash in New Jersey is GRANTED.

Defendants' Motion in Limine No. 2 (Docket No. 63) to exclude any evidence of Defendant Owen Bell's losing his medical license is DENIED.

Defendants' Motion in Limine No. 3 (Docket No. 65) to exclude any evidence of the revocation of Defendant Owen Bell's airman's certificate and medical certificate is DENIED.

Defendants' Motion in Limine No. 4 (Docket No. 67) is unopposed and moot.

Plaintiff's Motion in Limine (Docket No. 71) is neither granted nor denied until such objections are raised at trial.

Plaintiff's Objections to Defendants' Disclosure of Expert Witness and Expert Report and Motion to Exclude (Docket No. 70) is DENIED, but Defendants must make this expert witness available for deposition prior to trial. Any *Daubert* objections as to the witness' qualifications may be raised again after the deposition and before this witness testifies at trial.

Defendants' Motion to Strike the Expert Opinions of Plaintiff's Expert Witness (Docket No. 73) is DENIED.

IT IS SO ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE