UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| N5ZX AVIATION, INC. ) | |
| ) | |
| v. ) | NO. 3:11-0674 |
| ) | JUDGE CAMPBELL |
| OWEN C. BELL, et al. ) | |

ORDER

Pending before the Court is Defendants' Motion to Continue Trial Date (Docket No. 101) and a Joint Response to the Motion (Docket No. 103). The Motion is GRANTED.

The jury trial scheduled for November 5, 2013, is RESCHEDULED for March 25, 2014, beginning at 9:00 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE