UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JUDGMENT IN A CIVIL CASE

N5ZX AVIATION, INC.

VS

CHRIS BELL

CASE: #3:11-0674
JUDGE TODD CAMPBELL

__X__ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that on March 31, 2014, the jury returned a verdict in favor of Defendant Chris Bell as to all claims. Therefore, the complaint against Defendant Chris Bell is dismissed.

Thereupon the jury was polled and each juror affirmed the verdict as being his/her individual verdict.

April 1, 2014

KEITH THROCKMORTON, CLERK

*Doris E. Bush*
BY: DORIS E. BUSH
DEPUTY CLERK