UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JUDGMENT IN A CIVIL CASE

N5ZX AVIATION, INC.

VS

OWEN C. BELL

CASE: #3:11-0674
JUDGE TODD CAMPBELL

__X__ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that on March 31, 2014, the jury returned a verdict for Plaintiff N5ZX Aviation, Inc. against Defendant Owen C. Bell as to Negligence, Misrepresentation, Breach of Warranty and Violation of TN Consumer Protection Act. Plaintiff awarded $226,000 dollars in damages and $774,000 dollars in punitive damages.

Thereupon the jury was polled and each juror affirmed the verdict as being his/her individual verdict.

APRIL 1, 2014

KEITH THROCKMORTON, CLERK

*Doris E. Bush*
BY: DORIS E. BUSH
DEPUTY CLERK